IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-cv-46

| | |
|---|---|
| LAWANDA FAISON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN FRANKLIN ALLISON and )<br>AVANTE AT CHARLOTTE, INC. )<br>)<br>Defendants. ) | **CONSENT MOTION FOR PROTECTIVE ORDER** |

NOW COME the Defendants and the Plaintiff, through their counsel of record, and pursuant to Rule 26 of the Federal Rules of Civil Procedure, and submit this Consent Motion for Protective Order, showing unto the Court as follows:

1. Plaintiff filed suit on January 24, 2013, and filed an Amended Complaint on February 13, 2013, alleging that she was injured as a result of an automobile accident with the Defendants.

2. The parties are in the process of conducting discovery and taking various depositions. Counsel for the Defendants has scheduled a 30(b)(6) deposition with Plaintiff's former employer, TIAA-CREF Individual & Institutional Services, LLC and/or TIAA-CREF Insurance Agency, LLC (hereafter "TIAA-CREF") for April 14, 2014. In connection with that deposition, the Defendants' counsel sent TIAA-CREF a *subpoena duces tecum*, requesting various documents that may be in TIAA-CREF's possession which relate to Plaintiff's employment at TIAA-CREF.

3. TIAA-CREF's litigation department has advised that some documents and/or information responsive to the *subpoena duces tecum* may contain confidential and/or privileged

commercial information. Furthermore, this information is not available to, and not disseminated to, the general public.

4. Accordingly, the Plaintiff and Defendants have agreed to the attached Consent Protective Order to ensure that such asserted confidential and privileged information will not be used for any purpose other than this action, and will not be made public or otherwise be disseminated beyond the extent necessary for purposes of this action and in accordance with the proposed Consent Protective Order.

5. Counsel for Plaintiff and Defendants have consented to the proposed Consent Protective Order submitted with this Motion. This will allow the aforementioned 30(b)(6) deposition of TIAA-CREF to proceed without delay.

6. The Fourth Circuit has recognized that a Protective Order may be granted to limit public access to "business information that might harm a litigant's competitive standing." *Woven Electronics Corp. v. Advance Grp., Inc.,* 930 F.2d 913 (4th Cir. 1991) (unpublished) (citing *Nixon v. Warner Communications, Inc.,* 435 U.S. 589, 598 (1978)).

WHEREFORE, the Parties respectfully request that this Consent Motion for Protective Order be allowed, and that the proposed Consent Protective Order be entered by the Court.

This the 11 day of April, 2014.

                                                              CRANFILL SUMNER & HARTZOG LLP

BY: /s/ Todd King
Todd King, NC Bar #28621
*Attorneys for Defendant*
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
tak@cshlaw.com

EVERAGE LAW FIRM

BY: <u>/s/ Charles Everage (by TAK w/ permission)</u>
Charles Ali Everage
*Attorney for Plaintiff*
1800 Camden Road, Suite 104
Charlotte, NC 28203
(704) 377-9157
cae@everagelaw.com

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the attached Consent Motion for Protective Order on all of the parties to this cause by electronically filing it with the Clerk of Court using the CM/ECF system which emailed it to the following:

Charles Ali Everage
**Everage Law Firm, PLLC**
1800 Camden Road, Suite 104
Charlotte, NC 28203

This the 11 day of April, 2014.

                                    CRANFILL SUMNER & HARTZOG LLP

BY:       /s/ Todd King
        Samuel H. Poole, Jr., NC Bar #13659
        Todd King, NC Bar #28621
        *Attorneys for Defendant*
        P.O. Box 30787
        Charlotte, NC 28230
        Telephone (704) 332-8300
        Facsimile (704) 332-9994
        shp@cshlaw.com
        tak@cshlaw.com